Jody I. LeWitter, Bar No. l24794
Benjamin J. Siegel, Bar No. 256260
SIEGEL & LEWITTER
1939 Harrison Street, Suite 307
Oakland, California  94612
(510) 452-5000
(510) 452-5004 (fax)
jlewitter@sl-employmentlaw.com
bsiegel@sl-employmentlaw.com

Attorneys for Plaintiff Randolph Evans

Dennis M. Brown, Bar No. 126575
Erica H. Kelley, Bar No. 221702
Nathalie A. Le Ngoc, Bar No. 254376
LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA  95113-2303
(408) 998-4150
(408) 288-5686 (fax)
dbrown@littler.com
ekelley@littler.com
nlengoc@littler.com

Attorneys for Defendants Sears Logistics Services, Inc.,
Sears, Roebuck & Co., and Sears Holdings Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDOLPH EVANS, | Case No. 1:09-CV-2055-OWW-SMS |
| Plaintiff, | **STIPULATION AND ORDER AMENDING SCHEDULING CONFERENCE ORDER AS TO THE DATES FOR FILING DISPOSITIVE MOTIONS, DISCLOSING EXPERT WITNESSES, AND COMPLETING EXPERT DISCOVERY** |
| v. | |
| SEARS LOGISTICS SERVICES, INC.; SEARS, ROEBUCK & CO.; SEARS HOLDINGS CORP. | |
| Defendants. | |

NOW COME the parties by and through their counsel, and hereby stipulate to amending the March 31, 2010 Scheduling Conference Order as follows:

(1) Substituting the date of December 8, 2010 for December 15, 2010 as the

deadline for filing all Dispositive Pre-Trial Motions in order to accommodate the schedule of counsel.  The parties do not seek to change the Dispositive Motion Hearing Date of January 24, 2011.  Therefore, pursuant to Local Rule 230(c), any opposition to the granting of a dispositive motion shall be filed and served not less than fourteen (14) days preceding the hearing date of January 24, 2011.  Pursuant to Local Rule 230(d), not less than seven (7) days preceding the hearing date, the moving party may serve and file a reply to an opposition filed by a responding party.

  (2) Substituting January 28, 2011 for September 1, 2010 as the deadline for disclosing all expert witnesses, in writing, so that these disclosures are after the discovery cut-off of November 1, 2010 and closer to the trial date of March 29, 2011.  All expert discovery is to be completed on or before February 18, 2011.

  THEREFORE, IT IS HEREBY STIPULATED between the parties to the above case by and through their attorneys of record that December 8, 2010 will be the deadline for the filing of all Dispositive Pre-Trial Motions, January 28, 2011 will be the deadline for disclosing all expert witnesses, and February 18, 2011 will be the deadline for completing all expert discovery.

DATED: June 2, 2010    SIEGEL & LEWITTER

          By: /s/ Benjamin J. Siegel
            Jody I. LeWitter
            Benjamin J. Siegel

         Attorneys for Plaintiff Randolph Evans

DATED: May 25, 2010    LITTLER MENDELSON,
         A Professional Corporation

         By: /s/ Nathalie A. Le Ngoc
            Dennis M. Brown
            Erica H. Kelley
            Nathalie A. Le Ngoc

         Attorneys For Defendants Sears Logistics
           Services, Inc., Sears Roebuck & Co., and
         Sears Holdings Corporation

1  ORDER

2        This matter having come before the Court upon the written Stipulation of the Parties, a

3  copy of which is attached hereto, it is hereby ordered that the Court's Scheduling Conference

4  Order, entered into on March 31, 2010, be modified as follows:  December 8, 2010 will be

5  deadline for the filing of all Dispositive Pre-Trial Motions, January 28, 2011 will be the

6  deadline for disclosing all expert witnesses, and February 18, 2011 will be the deadline for

7  completing all expert discovery.  In all other respects, the Scheduling Conference Order

8  remains the same.

10 IT IS SO ORDERED.

11    Dated:   **June 2, 2010**               **/s/ Oliver W. Wanger**
12                                                UNITED STATES DISTRICT JUDGE