Jody I. LeWitter, Bar No. l24794
Heather C. Conger Bar No. 244958
Benjamin J. Siegel, Bar No. 56260
SIEGEL & LEWITTER
1939 Harrison Street, Suite 307
Oakland, California  94612
(510) 452-5000
(510) 452-5004 (fax)
jlewitter@sl-employmentlaw.com
hconger@sl-employmentlaw.com
bsiegel@sl-employmentlaw.com

Attorneys for Plaintiff Randolph Evans

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDOLPH EVANS, | ) Case No. 1:09-CV-2055-OWW-SMS |
| Plaintiff, | ) **ORDER REGARDING FINANCIAL** |
| | ) **CONDITION DOCUMENTS AND** |
| v. | ) **WITNESSES** |
| SEARS LOGISTICS SERVICES, INC.; SEARS, ROEBUCK & CO.; SEARS HOLDINGS CORP. | ) |
| Defendants. | ) |

This matter having come before the Court upon the stipulation of the parties,

IT IS HEREBY ORDERED that

1.     Defendants Sears Logistics Services, Inc., Sears, Roebuck & Co., and Sears Holdings Corp. shall not be required, through discovery or otherwise, to produce any documents or information about their financial condition unless and until there has been a finding by the fact finder in this case of malice, oppression or fraud in the first phase of trial sufficient to support a claim for punitive damages;

2.     Upon a finding by the trier of fact of fraud, malice or oppression sufficient to support a claim for punitive damages against any defendant, the defendant against whom such a finding is made will make available to plaintiff, within the time frame and to the extent ordered by

*Siegel & LeWitter*

*1939 Harrison Street
Suite 307
Oakland, CA 94612
510-452-5000
510-452-5004 (fax)*

the Court, the documents and witnesses necessary to establish defendant's net worth and/or financial condition so that such may be presented during the punitive damages phase of the trial.

IT IS SO ORDERED.

Dated:   **September 13, 2010**          **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE

*Siegel & LeWitter*

*1939 Harrison Street
Suite 307
Oakland, CA 94612
510-452-5000
510-452-5004 (fax)*