Jody I. LeWitter, Bar No. l24794
Heather C. Conger Bar No. 244958
Benjamin J. Siegel, Bar No. 56260
SIEGEL & LEWITTER
1939 Harrison Street, Suite 307
Oakland, California  94612
(510) 452-5000
(510) 452-5004 (fax)
jlewitter@sl-employmentlaw.com
hconger@sl-employmentlaw.com
bsiegel@sl-employmentlaw.com

Attorneys for Plaintiff Randolph Evans

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDOLPH EVANS,<br><br>   Plaintiff,<br><br>v.<br><br>SEARS LOGISTICS SERVICES, INC.;<br>SEARS, ROEBUCK & CO.; SEARS<br>HOLDINGS CORP.<br><br>   Defendants. | Case No. 1:09-CV-2055-OWW-SMS<br><br>**STIPULATION AND<br>ORDER REGARDING TESTIMONY<br>OF MALLORY BURNS** |

  Now come the parties, by and through their counsel, and hereby stipulate as follows:

  WHEREAS the plaintiff has requested to take the testimony of Mallory Burns, an attorney; and

  WHEREAS the defendants have indicated that Ms. Burn's role in this matter was solely as an attorney and therefore any and all questions asked of Ms. Burns about this matter will be responded to with an instruction by counsel for defendant that the witness is not to answer the question, and by the witness not answering the question.

  THEREFORE, it is hereby stipulated that this stipulation shall stand in the stead of a deposition of Ms Burns.

///

*Siegel & LeWitter*

*1939 Harrison Street
Suite 307
Oakland, CA 94612
510-452-5000
510-452-5004 (fax)*

| | |
|---|---|
| DATED: November 15, 2010 | SIEGEL & LEWITTER |
| | By: /s/ Jody I. LeWitter |
| | Jody I. LeWitter |
| | Benjamin J. Siegel |
| | Attorneys for Plaintiff Randolph Evans |
| DATED: November 15, 2010 | LITTLER MENDELSON, A Professional Corporation |
| | By: /s/ Nathalie A. Le Ngoc |
| | Dennis M. Brown |
| | Erica H. Kelley |
| | Nathalie A. Le Ngoc |
| | Attorneys For Defendants Sears Logistics Services, Inc., Sears Roebuck & Co., and Sears Holdings Corporation |

**ORDER**

Pursuant to stipulation,

IT IS SO ORDERED.

Dated: **November 19, 2010**         **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

*Siegel & LeWitter*

*1939 Harrison Street
Suite 307
Oakland, CA 94612
510-452-5000
510-452-5004 (fax)*