DENNIS M. BROWN, Bar No. 126575
dbrown@littler.com
ERICA H. KELLEY, Bar No. 221702
ekelley@littler.com
NATHALIE A. LE NGOC, Bar No. 254376
nlengoc@littler.com
LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
Telephone:    408.998.4150

Attorneys for Defendants
SEARS LOGISTICS SERVICES, INC., SEARS, ROEBUCK & CO., AND SEARS HOLDINGS CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDOLPH EVANS,<br><br>            Plaintiff,<br><br>     v.<br><br>SEARS LOGISTICS SERVICES, INC.; SEARS, ROEBUCK & CO.; SEARS HOLDINGS CORP.,<br><br>            Defendants. | Case No.  1:09-CV-2055-OWW-SMS<br><br>**STIPULATION AND ORDER TO MODIFY THE BRIEFING SCHEDULE FOR PLAINTIFF'S MOTIONS TO COMPEL** |

Plaintiff Randolph Evans and Defendants Sears Logistics Services, Inc., Sears, Roebuck & Co. , and Sears Holdings Corp., by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the Court's Minutes dated November 22, 2010 state that the Plaintiff's Motions to Compel would be heard on January 28, 2011 with the Local Rule ("LR") 251 Joint Statement to be filed no later than January 7, 2011; and

WHEREAS, the Court continued the hearing on Plaintiff's Motions to Compel to February 25, 2010; and

WHEREAS, counsel for Plaintiff has three Motions to Compel pending, two of which Plaintiff has provided Defendants with his portion of the required LR 251 Joint Statement;

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

STIP TO MODIFY MTC BRIEFING SCHED
FIRMWIDE:99251003.1 053194.1008

(No.  1:09-CV-2055-OWW-SMS)

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, Plaintiff is still in the process of preparing his portion of the LR 251 Joint Statement for the third motion and has not yet provided it to Defendants' counsel;

WHEREAS, counsel for Defendants will be out of town the week of Christmas and New Years;

THEREFORE, it is hereby stipulated by and between the parties that the Local Rule 251 Joint Statements for Plaintiff's three Motions to Compel shall be filed no later than January 28, 2010, four weeks before the continued hearing.

Dated: December 20, 2010

*/s/ Dennis M. Brown*
DENNIS M. BROWN
ERICA H. KELLEY
NATHALIE A. LE NGOC
LITTLER MENDELSON
Attorneys for Defendants
SEARS LOGISTICS SERVICES, INC.,
SEARS, ROEBUCK & CO., AND SEARS
HOLDINGS CORPORATION

Dated: December 20, 2010

*/s/ Benjamin Siegel*
JODY LEWITTER
BEN SIEGEL
SIEGEL & LEWITTER
Attorneys for Plaintiff
RANDOLPH EVANS

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

STIP TO MODIFY MTC BRIEFING SCHED
FIRMWIDE:99251003.1 053194.1008

2.

(No.  1:09-CV-2055-OWW-SMS)

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

This matter having come before the Court upon the written Stipulation of the Parties, a copy of which is attached hereto, it is hereby ordered that the Court's Briefing schedule in the Minutes dated November 22, 2010 be modified as follows: The parties shall file the required Local Rule 251 Joint Statement of Dispute on Plaintiff's three motions to compel no later than January 28, 2011.

IT IS SO ORDERED.

Dated:   December 21, 2010                         /s/ Sandra M. Snyder
                                                   UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON
A Professional Corporation
0 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

STIP TO MODIFY MTC BRIEFING SCHED
FIRMWIDE:99251003.1 053194.1008                3.                (No. 1:09-CV-2055-OWW-SMS)

PDF created with pdfFactory trial version www.pdffactory.com