Jody I. LeWitter, Bar No. l24794
Benjamin J. Siegel, Bar No. 256260
SIEGEL & LeWITTER
1939 Harrison Street, Suite 307
Oakland, California  94612
(510) 452-5000
(510) 452-5004 (fax)
jlewitter@sl-employmentlaw.com
bsiegel@sl-employmentlaw.com

Attorneys for Plaintiff Randolph Evans

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDOLPH EVANS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SEARS LOGISTICS SERVICES, INC.;<br>SEARS, ROEBUCK & CO.; SEARS<br>HOLDINGS CORP.<br><br>　　　　　Defendants. | Case No. 1:09-CV-02055-- -SMS<br><br>**STIPULATION AND ORDER VACATING DATE FOR DISCLOSURE OF EXPERTS;**<br><br>**ORDER**<br><br>Judge:　Hon. Oliver W. Wanger<br><br>Action Filed:　November 12, 2009<br>Trial Date:　　January 24, 2012 |

　　　　　NOW COME THE PARTIES, BY AND THROUGH THEIR COUNSEL, AND HEREBY STIPULATE AS FOLLOWS:

　　　　　WHEREAS, the parties are to exchange expert reports on October 3, 2011, and rebuttal expert reports on October 21, 2011, and to complete expert discovery by November 18, 2011;

　　　　　WHEREAS, due to the retirement of Judge Wenger all pending court dates in this matter have been vacated including but not limited to a motion for summary judgment on September 19, 2011 and a trial date on January 24, 2012; and

　　　　　WHEREAS, the parties agree that, given the change in the dates above it would also make sense to vacate the dates for expert reports, rebuttal reports and discovery;

///

///

IT IS HEREBY STIPULATED that the dates set for expert reports, rebuttal reports and discovery are vacated, with said dates to be reset when the Court resets the dates for summary judgment and trial.

DATED: September 22, 2011      SIEGEL & LEWITTER

By:   /s/ Jody I. LeWitter
      Jody I. LeWitter
      Benjamin J. Siegel

Attorneys for Plaintiff Randolph Evans

DATED: September 22, 2011      LITTLER MENDELSON,
A Professional Corporation

By:   /s/ Dennis M. Brown
      Dennis M. Brown
      Erica H. Kelley
      Nathalie A. Le Ngoc

Attorneys For Defendants Sears Logistics Services, Inc., Sears Roebuck & Co., and Sears Holdings Corporation

## ORDER

This matter having come before the Court upon the stipulation of the parties, and good cause so appearing, it is hereby Ordered that the dates for expert reports, rebuttal reports and expert discovery are hereby vacated, to be reset when the dates for summary judgment and trial are reset.

IT IS SO ORDERED.

Dated: **September 28, 2011**      **/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE

*Siegel & LeWitter*

1939 Harrison Street
Suite 307
Oakland, CA 94612
510-452-5000
510-452-5004 (fax)

IT IS SO ORDERED.

Dated: **September 28, 2011**          **/s/ Sandra M. Snyder**
                                                                                    UNITED STATES MAGISTRATE JUDGE

*Siegel & LeWitter*

*1939 Harrison Street*
*Suite 307*
*Oakland, CA 94612*
*510-452-5000*
*510-452-5004 (fax)*