IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDOLPH EVANS, | CASE NO. CV F 09-2055 LJO SMS |
| Plaintiff, | **ORDER AS TO PENDING SUMMARY JUDGMENT MOTION** |
| vs. | (Doc. 66.) |
| SEARS LOGISTICS SERVICES, INC., et al., | |
| Defendants. / | |

Prior to reassignment of this action to U.S. District Judge Lawrence J. O'Neill, defendants had filed their summary judgment papers and plaintiff had filed his opposition papers. Upon reassignment, pending dates before U.S. District Judge Oliver Wanger were vacated, including the September 19, 2011 summary judgment hearing, December 12, 2011 pretrial conference, and January 24, 2012 trial. As such and pursuant to its practice, this Court will consider the summary judgment motion on the record without a hearing and without reply papers, unless this Court orders otherwise.

Due to having the heaviest district court caseload in the nation, limited Court resources, and the need to prioritize criminal and older civil matters over more recently filed actions, this Court ADMONISHES the parties that it is unable to commit to address this action to meet the parties' needs and expectations. As such, this Court urges the parties to proceed with their November 16, 2011 settlement conference and further urges defendants to reconsider the conduct of all further proceedings

1  by a U.S. Magistrate Judge.

3      IT IS SO ORDERED.

4  **Dated:    October 12, 2011**            /s/ **Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE