DENNIS M. BROWN, Bar No. 126575
dbrown@littler.com
ERICA H. KELLEY, Bar No. 221702
ekelley@littler.com
NATHALIE A. LE NGOC, Bar No. 254376
nlengoc@littler.com
LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
Telephone:   408.998.4150

Attorneys for Defendants
SEARS LOGISTICS SERVICES, INC., SEARS,
ROEBUCK & CO., AND SEARS HOLDINGS
CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RANDOLPH EVANS,<br><br>            Plaintiff,<br><br>       v.<br><br>SEARS LOGISTICS SERVICES, INC.;<br>SEARS, ROEBUCK & CO.; SEARS<br>HOLDINGS CORP.,<br><br>            Defendants. | Case No.  1:09-CV-02055-LJO-SMS<br><br>**STIPULATION BY PARTIES TO MEDIATE IN LIEU OF NOVEMBER 16, 2011 SETTLEMENT CONFERENCE ;**<br><br><br>**ORDER** |

NOW COME THE PARTIES, BY AND THROUGH THEIR COUNSEL, AND HEREBY STIPULATE AS FOLLOWS:

WHEREAS, the reassignment of this matter has put a tremendous strain on the Court, making it impossible for the Court to give sufficient attention to this matter in the near term, including issuing a ruling on Defendants' pending motion for summary judgment;

WHEREAS, the parties were previously scheduled to participate in a judicial settlement conference on November 16, 2011 with Magistrate Judge Snyder;

WHEREAS, the parties agree that a private mediation would be a better means to

STIPULATION TO MEDIATE/VACATE
SETTLEMENT CONFERENCE

(No. 1:09-CV-02055-LJO-SMS)

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

possibly resolving this matter at this time;

WHEREAS, the parties agree to participate in a private mediation and have tentatively scheduled a date for the mediation of January 30, 2012, before Mediator Jeff Ross of Oakland, California;

IT IS HEREBY STIPULATED that in lieu of the previously scheduled judicial settlement conference, the parties will instead conduct a private mediation on January 30, 2012, or as soon thereafter as can be scheduled should the parties or mediator for some reason be unable to proceed on that date.

Dated: October 18, 2011

/s/Jody I. LeWitter
JODY I. LEWITTER
BENJAMIN J. SIEGEL
SIEGEL & LEWITTER
Attorneys for Plaintiff
RANDOLPH EVANS

Dated: October 18, 2011

/s/ Nathalie A. Le Ngoc
DENNIS M. BROWN
ERICA H. KELLEY
NATHALIE A. LE NGOC
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
SEARS LOGISTICS SERVICES, INC.,
SEARS, ROEBUCK & CO., AND SEARS
HOLDINGS CORPORATION

////////////////////
////////////////
////////////
//////////
/////

**ORDER**

This matter having come before the Court upon the stipulation of the parties, and good cause so appearing, it is hereby Ordered that the judicial settlement conference date of November 16, 2011 is vacated. The parties instead are to conduct a private mediation by January 30, 2012, or as soon thereafter as the matter can be mediated.

IT IS SO ORDERED.

Dated: **October 21, 2011**     **/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE