IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDOLPH EVANS, | CASE NO. CV F 09-2055 LJO SMS |
| Plaintiff, | **ORDER FOR STATUS REPORT** |
| vs. | |
| SEARS LOGISTICS SERVICES, INC., et al., | |
| Defendants. | |

Given this Court's order granting partial summary judgment and the pending mediation, this Court ORDERS the parties, no later than February 7, 2012, to file joint papers to address the status of resolution of plaintiff's remaining claims and mediation results. As necessary, this Court will conduct a conference to reset dates, including a pretrial conference and trial.

IT IS SO ORDERED.

**Dated:   December 9, 2011**                            /s/ Lawrence J. O'Neill
                                                                                 UNITED STATES DISTRICT JUDGE

1