UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDOLPH EVANS,<br><br>                    Plaintiff,<br>          vs.<br><br>DARLENE L. GAGE, et al.,<br><br>                    Defendants.<br>_____/ | CASE NO. CV F 09-2055 LJO SMS<br><br>**ORDER AS TO SETTLEMENT**<br>(Doc. 110.) |

The parties have reported that they work to complete settlement. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than March 9, 2012,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

If the parties fail to complete settlement timely, this Court will explore reassigning this action to another district judge, including one from the Sacramento division, to set trial as soon as possible.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rules 160 and 272.


IT IS SO ORDERED.

**Dated:    February 8, 2012**                    /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE