IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDOLPH EVANS,<br><br>    Plaintiff,<br><br>    vs.<br><br>SEARS LOGISTICS SERVICES, INC., et al.,<br><br>    Defendants.<br>_____ / | CASE NO. CV F 09-2055 LJO SMS<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION**<br>(Doc. 112.) |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1.   DISMISSES with prejudice this entire action;

2.   VACATES all pending matters; and

3.   DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   March 9, 2012**                    **/s/ Lawrence J. O'Neill**
                                                              UNITED STATES DISTRICT JUDGE

1